```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CRIMINAL NO. 09-50018-002            USA v. JOSE PEREZ CLAUDIO

COURT PERSONNEL:                     APPEARANCES:

Judge: JIMM LARRY HENDREN            Govt. MATT WILSON

Clerk: GAIL GARNER                   Deft. MAURICIO HERRERA

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET


    On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 18:3553(e) and 5K1.1 - granted and 2-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    33 months imprisonment on Count 1, 84 months imprisonment on Count 2 to run consecutively; 3 years supervised release on each count to run concurrently; $30,000.00 fine on Count 1, $15,000.00 fine on Count 2 - interest waived; $9,004.91

Criminal No. 09-50018-002

       restitution joint and several with co-defendants, Noel Jackson and Lisa Russell - interest waived.

(X)   Defendant ordered to comply with standard conditions of supervised release.
(X)   Defendant ordered to comply with the following special conditions of supervised release:

       Submit person, residence, place of employment, and vehicle to search upon request by USPO.

       Comply with any referral for alcohol or substance abuse testing as deemed necessary by USPO.

(X)   Defendant ordered to pay total special assessment of $200.00, for counts 1 and 2, which shall be due immediately.
(X)   Count 4 dismissed on motion by the government.
(X)   Defendant advised of right to appeal sentence imposed.
(X)   Defendant advised of right to apply for leave to appeal in forma pauperis.
(X)   Appeal packet provided.
(X)   Defendant remanded to custody of U.S. Marshal.

DATE: SEPTEMBER 8, 2009                     Proceeding began: 4:27 pm

                                                               ended: 5:15 pm